UNITED STATES DISTRICT COURT

DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820

May 22, 2001

MEMORANDUM TO COUNSEL RE:    Westport Insurance v. Blum Yumkas, et al.
Case No.   AMD 01-0141

    This is to inform you that a scheduling conference will be held in the above-titled case on Monday, June 18, 2001, at 4:45 p.m. Please bring your calendar with you to the conference.

    The conference will be held in my chambers located in Room 520 on the fifth floor of the Courthouse.

Very truly yours,

Andre M. Davis
United States District Judge

AMD:tt
cc:   Court file

