<div style="text-align:center">

**UNITED STATES DISTRICT COURT**

DISTRICT OF MARYLAND

</div>

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820

June 12, 2001

MEMORANDUM TO COUNSEL RE:     Westport Ins. Corp. v. Blum Yumkas,
                              <u>Civil No. AMD 01-141</u>

  Prompted by a telephone request by Kevin Smith, Esq., who represents some of the defendants, that he be allowed to participate in the June 18, 2001, scheduling conference by telephone, I have examined the complaint in this case more closely than I did before setting the conference. **I have decided to cancel the conference.**

  In the next day or so, you should receive a scheduling order in this case.

  Despite the informal nature of this ruling, it is an Order of Court and the Clerk is directed to docket it as such.

<div style="margin-left:50%">

Very truly yours,

*/s/ Andre M. Davis*

Andre M. Davis
United States District Judge

</div>

AMD:tt
cc: Court file