UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WESTPORT INSURANCE CORPORATION,   )
   )
      Plaintiff,   )
   )
     v.   )   Civil Action No. AMD 01 CV 0141
   )
BLUM, YUMKAS, MAILMAN,   )
GUTMAN & DENICK, P.A.;   )
IRVING F. COHN; ROBERTA   )
BORENSTEIN, JEFFREY BORENSTEIN,   )
RONALD SHAPIRO, KENNETH   )
SHAPIRO, SUSAN SHAPIRO,   )
   )
      Defendants   )

**FILED** — **ENTERED**
LODGED — **RECEIVED**

JUN 2 5 2001

CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
           **DEPUTY**

## **ORDER**

AND NOW, this _25th_ day of _June_, 2001, upon consideration of

Westport Insurance Corporation's Motion for Leave to File an Amended Complaint for Recission

and Declaratory Judgment adding Eric F. Waller as a Defendant, it is hereby ORDERED that said

Motion is GRANTED.

SO ORDERED.

_Andre Day_
                J.

