## UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

CHAMBERS OF  
ANDRE M. DAVIS  
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE  
101 W. LOMBARD STREET  
BALTIMORE, MARYLAND 21201  
(410) 962-0801  
FAX (410) 962-0820



July 31, 2001

MEMORANDUM TO COUNSEL RE:   Westport Ins. Co. v. Blum, Yumkas, Mailman, Gutman & Denick, P.A.
<u>Civ. No. AMD 01-141</u>

I have in hand Mr. Raskas's letter dated July 27, 2001, and thank him for the same.

While I appreciate the spirit of Mr. Raskas's suggestions, I am not persuaded to abandon the schedule in this case. In particular, I am concerned that if indeed there are "others who are interested parties" in this case, then those persons or entities should have been impleaded promptly (and in strict accordance with the extant scheduling order) so that all proper parties are before the court and preliminary motions, if any, could be timely adjudicated.* Inasmuch as the deadline for joinder of parties has passed, I hereby extend for an additional period of 14 days the period for joining additional parties.

Despite the informal nature of this ruling, it is an Order of Court and the Clerk is directed to docket it as such.

Very truly yours,

Andre M. Davis  
United States District Judge

AMD:tt  
cc: Court file

---

*I am afraid that the intimation that a settlement conference with one of our Magistrate Judges could be scheduled and held in less than 30 days (to say nothing of the fact that it is the midst of vacation season) exposes a serious misapprehension as to how hard our Magistrate Judges work in general and specifically to prepare for and conduct ADR proceedings upon referral by the court.