UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WESTPORT INSURANCE CORPORATION,        )
                                       )
            Plaintiff,                 )
                                       )
v.                                     )        Civil Action No. AMD 01 CV 0141
                                       )
BLUM, YUMKAS, MAILMAN,                 )
GUTMAN & DENICK, P.A.;                 )
IRVING F. COHN; ROBERTA                )
BORENSTEIN, JEFFREY BORENSTEIN,        )
RONALD SHAPIRO, KENNETH                )
SHAPIRO, SUSAN SHAPIRO, and            )
ERIC F. WALLER,                        )
                                       )
            Defendants                 )

## MOTION FOR ADMISSION PRO HAC VICE

I, Paul Cottrell, am a member in good standing of the bar of this Court. My bar number is 06364. I am moving the admission of Michelle M. Bracke, Esq., to appear pro hac vice in this case as counsel for Westport Insurance Corporation.

We certify that:

1.      Enclosed is the $50.00 fee for admission pro hac vice.

2.      The proposed admittee is a member in good standing of the following State Courts and/or United States Courts: State of Illinois; State of Georgia; United States District Courts for the Northern District Of Illinois, District of Nebraska, Eastern District of Wisconsin, and United States Courts of Appeal for the Fifth Circuit, Sixth Circuit, and Eleventh Circuit.

3.      During the twelve months immediately preceding this motion, the proposed admittee has not been admitted pro hac vice in this Court.

4.      The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

5.      The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of



Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6.    The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7.    The undersigned movant is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.


Respectfully submitted,

MOVANT                                    PROPOSED ADMITTEE

By:_____          By:_____
    Paul Cottrell, Esq.                       Michelle M. Bracke, Esq.
    Tighe, Cottrell & Logan, P.A.              Bollinger Ruberry & Garvey
    P.O. Box 1031                              500 W. Madison St., Suite 2300
    Wilmington, DE 19899                       Chicago, IL 60661-2511
    (302) 658-6400                             (312) 466-8000
    (302) 658-9836 Fax                         (312) 466-8001 Fax


                          ORDER

____  GRANTED                          ____  DENIED


Date:_____                _____
                                       United States District Judge