UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| WESTPORT INSURANCE CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BLUM, YUMKAS, MAILMAN, )<br>GUTMAN & DENICK, P.A.; )<br>IRVING F. COHN; ROBERTA )<br>BORENSTEIN, JEFFREY BORENSTEIN, )<br>RONALD SHAPIRO, KENNETH )<br>SHAPIRO, SUSAN SHAPIRO, and )<br>ERIC F. WALLER, )<br>)<br>Defendants ) | Civil Action No. AMD 01 CV 0141 |

## MOTION FOR ADMISSION PRO HAC VICE

I, Paul Cottrell, am a member in good standing of the bar of this Court. My bar number is 06364. I am moving the admission of Jeffrey A. Goldwater Esq., to appear pro hac vice in this case as counsel for Westport Insurance Corporation.

We certify that:

1. Enclosed is the $50.00 fee for admission pro hac vice.

2. The proposed admittee is a member in good standing of the following State Courts and/or United States Courts: State of Illinois; State of Florida; State of Michigan; United States District Court for the Northern District of Illinois, Eastern District of Wisconsin, Western District of Michigan, District of Arizona, District of Colorado, District of Nebraska; United States Courts of Appeal for the First Circuit, Second Circuit, Third Circuit, Fifth Circuit, Sixth Circuit, Seventh Circuit, Eighth Circuit, Ninth Circuit, and Eleventh Circuit.

3. During the twelve months immediately preceding this motion, the proposed admittee has not been admitted pro hac vice in this Court.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

5.  The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6.  The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7.  The undersigned movant is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| By: *(signature)* | By: *(signature)* |
| Paul Cottrell, Esq. | Jeffrey A. Goldwater, Esq. |
| Tighe, Cottrell & Logan, P.A. | Bollinger Ruberry & Garvey |
| P.O. Box 1031 | 500 W. Madison St., Suite 2300 |
| Wilmington, DE 19899 | Chicago, IL 60661-2511 |
| (302) 658-6400 | (312) 466-8000 |
| (302) 658-9836 Fax | (312) 466-8001 Fax |

ORDER

✓ GRANTED            _____ DENIED

Date: 8/22/2001

*(signature)*
United States Distirct Judge

## CERTIFICATE OF SERVICE

I, Paul Cottrell, hereby certify that on this 20th day of August, I served a true and correct copy of the attached Motion for Pro Hac Vice, via postage-prepaid, U.S. first class mail, to the counsel listed below:

John H. Lewin, Jr., Esq.
Venable, Baetjer and Howard, LLP
1800 Mercantile Bank & Trust Bldg.
Two Hopkins Plaza
Baltimore, MD 21201-2978

James E. Carbine, Esq.
111 South Calvert Street
Suite 2700
Baltimore, MD 21202

Andrew Jay Graham, Esq.
Kramon & Graham, P.A.
One South State Street
Suite 2600
Baltimore, MD 21202-3201

Kevin T. Smith, Esq.
Masterman, Colbert & Tully
1 Lewis Warf
Boston, MA 02110

Andrew Radding, Esq.
David B. Applefeld, Esq.
Adelberg, Rudow, Dorf & Hendler, LLC
600 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, MD 21201

Glenn E. Buchel, Esq.
David M. Wyand, Esq.
Brocato, Price & Bushel, P.A.
210 North Charles Street, Suite 1200
Baltimore, MD 21201

Paul Cottrell