UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| WESTPORT INSURANCE CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. AMD 01 CV 0141 |
| ) | |
| BLUM, YUMKAS, MAILMAN, ) | |
| GUTMAN & DENICK, P.A.; ) | |
| IRVING F. COHN; ROBERTA ) | |
| BORENSTEIN, JEFFREY BORENSTEIN, ) | |
| RONALD SHAPIRO, KENNETH ) | |
| SHAPIRO, SUSAN SHAPIRO, and ) | |
| ERIC F. WALLER, ) | |
| ) | |
| Defendants ) | |

## ORDER

AND NOW, this 22nd day of August, 2001, upon consideration of Westport Insurance Corporation's Motion for Leave to File a Second Amended Complaint for Recission and Declaratory Judgment adding Arlette Shapiro Mosher; Frederick Shapiro; Roger D. Shapiro; Michael J. Shapiro; Douglas Shapiro; Peter Chernis; Marilyn Chernis Morris; Donald R. Shapiro; Randi Shapiro Cohen; Cindi Shapiro; Herbert M. Bank; Penny Bank; Jane Shapiro; Eileen Shapiro Eaves; Jack Kontigias; Albert Shapiro; Barbara P. Adler; Earl W. Shapiro; James A. Shapiro; and Sue Pariser Moss as Defendants, it is hereby ORDERED that said Motion is GRANTED.

SO ORDERED.

_____
J.

