IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| WESTPORT INSURANCE CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: AMD 01 CV 0141 |
| ) | |
| BLUM, YUMKAS, MAILMAN, ) | |
| GUTMAN & DENICK, P.A.; ) | |
| IRVING F. COHN; ROBERTA ) | |
| BORENSTEIN, JEFFREY BORENSTEIN, ) | |
| RONALD SHAPIRO, KENNETH ) | |
| SHAPIRO, SUSAN SHAPIRO, ) | |
| ERIC F. WALLER, ARLETTE SHAPIRO ) | |
| MOSHER, FREDERICK SHAPIRO, ROGER D. ) | |
| SHAPIRO, MICHAEL J. SHAPIRO, DOUGLAS ) | |
| SHAPIRO, PETER CHERNIS, MARILYN ) | |
| CHERNIS MORRIS, DONALD R. SHAPIRO, ) | |
| RANDI SHAPIRO COHEN, CINDI SHAPIRO, ) | |
| HERBERT M. BANK, PENNY BANK, JANE ) | |
| SHAPIRO, EILEEN SHAPIRO EAVES, JACK ) | |
| KONTIGIAS, ALBERT SHAPIRO, BARBARA P. ) | |
| ADLER, EARL W. SHAPIRO, JAMES A. ) | |
| SHAPIRO, SUE PARISER MOSS, ) | |
| ) | |
| Defendants. ) | |

## ORDER

AND NOW, this 31st day of Aug, 2001, upon consideration of Westport Insurance Corporation's Motion for Leave to File a Third Amended Complaint for Recission and Declaratory Judgment adding Christine Geer; Marion Groves Smith; Mary Ann Carley; Mabel Groves Downs; George Groves; Hammilton Coutrell; Mark T. Willen; Marshall A. Smith; and Bertha Smith as Defendants, it is hereby ORDERED that said Motion is GRANTED. SO ORDERED.

_____
J.