**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
PAUL W. GRIMM
UNITED STATES MAGISTRATE JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4560
(410) 962-3630 FAX

December 27, 2001

RE: *Westport v. Blum, Yumkas, etc.*
     AMD-01-0141

**MEMORANDUM FOR COUNSEL**

Dear Counsel:

At today's conference it was agreed that on or before 1/3/02 the "claim form"¹ will be finalized, and any requests to Mr. Frederick or the MCS copy service for the documents assembled by the accountants retained by Mr. Frederick will be initiated. Access to these records is subject to the confidentiality order previously issued by the Court.

On or before 1/17/02 all parties claiming from the settlement proceeds will file with me, *ex parte*, their completed claim form. I, in turn, will prepare a spreadsheet that identifies the claim submitted by each party, but not the supporting information, and forward it to Mr. Radding, who kindly has acted as a liaison between counsel and the Court, for dissemination. I will, however, share the claim forms with Mr. Frederick, who will provide them to the accountants referred to above, so they can assist the Court in evaluating the claims for purposes of settlement discussions. Our next settlement conference will take place on 2/19/02, during which time we will begin to address the substance of each of the claims submitted. Counsel should be prepared to discuss their clients' claims in detail at that time. I believe that counsel should be present in person for this session, as this will facilitate the proceedings.

In the meantime, any attorney that wishes to discuss with Mr. Frederick and Mr. Graham or Mr. Raskas the merits of the pending declaratory judgment action, from the perspective of Blum, Yumkas, etc., should do so prior to the February meeting.

Finally, I am sending a single copy of this letter to Mr. Radding, with the request that he disseminate it to all counsel of record and that have participated in settlement discussions to date.

---

¹ Mr. Bushel kindly agreed to prepare the claim form, and will circulate a draft for comment. The Court thanks him for agreeing to do so.



Thank you for your continued cooperation.

Sincerely,

Paul W. Grimm
United States Magistrate Judge

cc: Chambers settlement file