UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND – NOTHERN DISTRICT

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 JUL -2  P 2: 35

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

| | |
|---|---|
| WESTPORT INSURANCE COMPANY<br><br>    Plaintiff<br><br>v.<br><br>BLUM, YUMKAS, MAILMAN, GUTMAN &<br>DENICK, P.A. et al.<br><br>    Defendants | Civil Action No. AMD-01-141 |

## SHOW CAUSE ORDER

By ORDER of the United States District Court for the District of Maryland, the total funds currently being held in escrow in the Trust Account of the now defunct law firm of Burke, Gerber, Wilen, and Francomano will be used to fund a settlement as more fully set out in papers and pleadings filed in the above captioned matter. Any person having an objection to the use of those funds for that purpose shall show cause on or before the 23rd day of July, 2002 by filing an objection delineating all reasons therefore with the Clerk of the United States District Court for the District of Maryland, Northern Division and a copy to the Chambers of the Honorable Paul W. Grimm, United States Magistrate, U.S. Courthouse, 101 W. Lombard Street, Baltimore, Maryland 21202.

This ORDER shall appear for three consecutive weeks in a newspaper of general circulation.

_____
PAUL W. GRIMM
UNITED STATES MAGISTRATE JUDGE
Judge,
United States District Court for the District of
Maryland

J:\10370\MISC\SHOWCAUSE.DOC