UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820

January 27, 2003

MEMORANDUM TO COUNSEL AND ALL INTERESTED UNREPRESENTED PARTIES RE:

Westport Insurance Company v.
Blum, Yumkas, Mailman, Gutman & Denick, P.A.
Civil No. AMD 01-141

Please be advised that I shall conduct a hearing on all outstanding motions in this case on **Thursday, March 6, 2003, beginning at 10:00 a.m.** The hearing will be held in Courtroom 5B. The focus of the hearing will be the motions to enforce settlement and for appropriate relief, filed by plaintiff and the defendant law firm, respectively. Nevertheless, I expect to take up all open motions and requests that have been (or may be in the future) filed in this case.

While it is impossible to predict with certainty the duration of the hearing, I expect that the hearing will be an evidentiary hearing; I am reserving the entire day for the hearing in the interest of bringing this matter to a prompt and orderly conclusion, one way or the other.

I look forward to your presentations in this case.

Despite the informal nature of this memorandum, it is an order of court and the clerk shall docket it as same.

Very truly yours,

Andre M. Davis
United States District Judge

AMD:tt
cc: The Honorable Paul W. Grimm

