UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

MEMORANDUM

TO:     DOCKET CLERK

FROM:   JANET FEWSTER, Judicial Assistant to
        Magistrate Judge Grimm

SUBJECT: DOCKET ENTRY CIVIL NO.: AMD-01-141
         Westport v. Blum, Yumkas

**THE FOLLOWING WAS HELD IN CHAMBERS BEFORE MAGISTRATE JUDGE GRIMM, Thursday, on the  6th  DAY OF March, 2003**

___     **Status/Scheduling Conference**

___     **Scheduling Conference (by telephone)**

___     **Telephonic Conference**
        **Re: Discovery Dispute Hearing**

___     **Pretrial Conference**

_X_     **Settlement Conference**     Case settled

___     **Chambers Conference**
        **Re:** _____

___     **Other**
        **Re:** _____

**TERMINATE REFERRAL *YES  X **      **NO ___**

**DATE:** _____             /S/
                          **United States Magistrate Judge**

*Unless this block is checked **DO NOT** terminate referral.

**COURT FILE**
**Judge**