STATE OF MARYLAND

CITY/COUNTY OF _____ TO WIT:

I HEREBY CERTIFY that on this _____ day of _____, 2002, before me, the undersigned, a Notary Public of the State and City/County aforesaid, personally appeared FREDERICK SHAPIRO, known to me or satisfactorily proven to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purpose therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

_____

Notary Public
My Commission Expires: _____